USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
ROBERTO ALMANZAR,                                                    :
                        Plaintiff,                                     :
                                                                     :     18-CV-06811(VEC)
           -against-                                               :
                                                                     :     <u>ORDER</u>
                                                                     :
MILLENIUM HOTELS,                                                    :
                        Defendant.                                     :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a jury trial is currently scheduled to commence on February 10, 2020; and

      WHEREAS the parties' pretrial motions and motions *in limine* are under submission;

      IT IS HEREBY ORDERED that the trial date is adjourned pending further order.

**SO ORDERED.**

Date: **January 21, 2020**                                              **VALERIE CAPRONI**
      **New York, NY**                                             **United States District Judge**