# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ALBANIA ALMANZAR MORRISON, *as Representative of the Estate of Roberto Almanzar*, *deceased*,

                        Plaintiff,         18 **CIVIL** 6811 (VEC)

     -against-                 **JUDGMENT**

MILLENIUM HOTLES,

                 Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 19, 2021, Defendant's motion for summary judgment is GRANTED as to Plaintiff's ADA, ADEA, and NYSHRL claims because Plaintiff failed to show that Plaintiff's age or disability was a but-for cause of his termination; Defendant's motion is also GRANTED as to Plaintiff's NYCHRL claims because Plaintiff did not comply with service requirements and abandoned the claims. Plaintiff's motion to strike Defendant's answer and for other sanctions is DENIED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
          May 6, 2021

                                                   **RUBY J. KRAJICK**
                                                     Clerk of Court
                           **BY:**
                                                        **Deputy Clerk**